# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL W. HARDING,<br><br>  Petitioner,<br><br>  vs.<br><br>FEDERAL BUREAU OF PRISONS,<br><br>  Respondent. | 1:07-cv-01399-OWW-TAG (HC)<br><br>ORDER AUTHORIZING<br>IN FORMA PAUPERIS STATUS |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*. The petition will be screened in due course.

IT IS SO ORDERED.

Dated:  **October 24, 2007**                                    **/s/ Theresa A. Goldner**
                                                                              UNITED STATES MAGISTRATE JUDGE