UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RANDALL W. HARDING, | ) | 1:07-cv-01399 OWW-TAG (HC) |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING FINDINGS AND |
| | ) | RECOMMENDATIONS |
| | ) | (Doc. 7) |
| v. | ) | |
| | ) | ORDER DISMISSING PETITION FOR WRIT |
| | ) | OF HABEAS CORPUS |
| FEDERAL BUREAU OF PRISONS, et al., | ) | (Doc. 1) |
| | ) | |
| Respondents. | ) | ORDER DIRECTING CLERK OF COURT TO |
| | ) | ENTER JUDGMENT |
| | ) | |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On January 18, 2008, the Magistrate Judge assigned to the case filed Findings and Recommendations recommending that the petition for writ of habeas corpus be DISMISSED for lack of jurisdiction.  (Doc. 7).  The Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within twenty days from the date of service of that order.  On February 20, 2008, Petitioner filed a pleading entitled "Response to Dismiss Petition for Writ of Habeas Corpus for Lack of Jurisdiction" (Doc. 8), which the Court construes as objections to the Magistrate Judge's Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, including Petitioner's objections, the Court concludes that the Magistrate Judge's Findings and Recommendations are supported by the

1

record and proper analysis.  Petitioner's objections present no grounds for questioning the Magistrate Judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

    1. The Findings and Recommendations filed January 18, 2008 (Doc. 7), are ADOPTED IN FULL;

    2. The petition for writ of habeas corpus (Doc. 1) is DISMISSED; and

    3. The Clerk of Court is DIRECTED to ENTER JUDGMENT for Respondent and close the file.

This order terminates the action in its entirety.

IT IS SO ORDERED.

**Dated:   March 13, 2008**            **/s/ Oliver W. Wanger**
                                                                UNITED STATES DISTRICT JUDGE